# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ROSALIA DEMARION, | Case No.: 8:24-cv-00097-JSM-JSS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| DISCOVER BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION, LLC | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with all Defendants. Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against all Defendants will be finalized within the next sixty (60) days.

Respectfully submitted April 16, 2024.

/s/ Trescot Gear
Gear Law, LLC
1405 W. Swann Ave.
Tampa, FL 33606

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Trescot Gear*